1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON THOMAS VANNOY,                              Case No. 07-3223 EMC

        Plaintiff,

    v.

BAYER CORPORATION, et al.,

        Defendants.

_____/

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District

Judge because either:

(x  )    One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(  )    One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

///

1    Any matters presently set before Magistrate Judge Chen, will be taken off calendar and

2   counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new

3   date.

4

Dated:  June 29, 2007                                    Richard W. Wieking, Clerk
5                                                         United States District Court

6

7

8                                          _____

9                                          By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California