1  KEVIN STACK, Bar No. 72782
   KNAPP, PETERSEN & CLARKE
2  500 North Brand Boulevard, 20th Floor
   Glendale, California 91203-1904
3  Telephone: (818) 547-5000
   Facsimile: (818) 547-5329

4  Attorneys for Defendant
   ALPHA THERAPEUTIC CORPORATION
5

6  *[List of Attorneys Continued on Following Page]*

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN THOMAS VANNOY, a resident of Wilkesboro, North Carolina,<br><br>Plaintiff,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: CV-07-3223 EMC<br><br>**STIPULATION TO STAY PROCEEDINGS** |

20  MARILYN MOBERG, Bar No. 126895
21  REED SMITH LLP
    355 South Grand Avenue, Suite 2900
22  Los Angeles, California 90071
    Telephone: (213) 457-8000
23  Facsimile: (213) 457-8080

24  Attorneys for Defendant
    BAXTER HEALTHCARE CORPORATION
25

26

27
    CATHERINE M. VALERIO BARRAD, Bar No. 168897
28

STIPULATION TO STAY PROCEEDINGS                                                 4307/MAK/286108
CASE NO. CV- 07-3223 EMC

1

SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorney for Defendant
ARMOUR PHARMACEUTICAL COMPANY

DUNCAN BARR, Bar No. 49259
MOLLY A. KUEHN, Bar No. 230763
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, California 94103
Telephone: (415) 281-8888
Facsimile: (415) 503-4117

Attorneys for Defendant
BAYER CORPORATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between counsel of record for Plaintiff JOHN THOMAS VANNOY ("Plaintiff"), and Defendants BAYER CORPORATION, BAXTER HEALTHCARE CORPORATION, ARMOUR PHARMACEUTICAL COMPANY, and ALPHA THERAPEUTIC CORPORATION ("Defendants"), in the action entitled *John Thomas Vannoy v. Bayer Corporation, et al.* (CV-07-3223 EMC) that all pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process for transferring this case to MDL-986, currently pending before The Honorable John F. Grady in the Northern District of Illinois; initiated by the Tag Along Notice filed on June 26, 2007 (a copy of which is attached hereto). If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case. This stipulation may be signed by the parties in counterpart.

**STIPULATION TO STAY PROCEEDINGS**
CASE NO. CV- 07-3223 EMC

4307/MAK/286108

1  IT IS SO STIPULATED.

2  Dated: July 10, 2007                              **KNAPP PETERSEN & CLARKE**

3

4

5                                          BY: _/s/ Kevin J. Stack_
6                                               Kevin J. Stack

7                                          Attorneys for Defendant,
                                           ALPHA THERAPEUTIC CORPORATION
8  IT IS SO STIPULATED.

9

10 Dated: June ___, 2007                             **REED SMITH LLP**

11

12                                         BY: _____
                                           Marilyn Moberg
13

14                                         Attorneys for Defendant,
                                           BAXTER HEALTHCARE CORPORATION
15

16 IT IS SO STIPULATED.

17 Dated: June ___, 2007                             **SIDLEY AUSTIN BROWN & WOOD**

18

19
                                           BY: _____
20                                              Catherine M. Valerio Barrad

21                                         Attorneys for Defendant,
                                           ARMOUR PHARMACEUTICAL COMPANY
22

23

24

25

26

27

28

```
 1    IT IS SO STIPULATED.
 2    Dated: June ___, 2007                    KNAPP PETERSEN & CLARKE
 3
 4
 5                                             BY: _____
 6                                                 Kevin J. Stack
 7                                             Attorneys for Defendant,
                                                ALPHA THERAPEUTIC CORPORATION
 8    IT IS SO STIPULATED.
 9    Dated: July 6, 2007                      REED SMITH LLP
10
11
12                                             BY: /s/ Marilyn Moberg/gap
                                                   Marilyn Moberg
13
14                                             Attorneys for Defendant,
                                                BAXTER HEALTHCARE CORPORATION
15
      IT IS SO STIPULATED.
16
17    Dated: June ___, 2007                    SIDLEY AUSTIN BROWN & WOOD
18
19
20                                             BY: _____
                                                   Catherine M. Valerio Barrad
21
                                               Attorneys for Defendant,
22                                              ARMOUR PHARMACEUTICAL COMPANY
23
24
25
26
27
28
```

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV-07-3223 EMC

3

4307/MAK/286108

IT IS SO STIPULATED.

Dated: June ___, 2007                    **KNAPP PETERSEN & CLARKE**


BY: _____
Kevin J. Stack

Attorneys for Defendant,
ALPHA THERAPEUTIC CORPORATION


IT IS SO STIPULATED.

Dated: June ___, 2007                    **REED SMITH LLP**


BY: _____
Marilyn Moberg

Attorneys for Defendant,
BAXTER HEALTHCARE CORPORATION


IT IS SO STIPULATED.

Dated: ~~June~~ July 5, 2007              **SIDLEY AUSTIN ~~BROWN & WOOD~~ LLP**


BY: _____
Catherine M. Valerio Barrad

Attorneys for Defendant,
ARMOUR PHARMACEUTICAL COMPANY

IT IS SO STIPULATED.

Dated: June ___, 2007

O'CONNOR, COHN, DILLON & BARR

BY: _____
Duncan Barr
Molly A. Kuehn

Attorneys for Defendant,
BAYER CORPORATION

IT IS SO STIPULATED.

Dated: ~~June~~ July 2, 2007

LIEFF, CABASER, HEIMANN & BERNSTEIN

BY: /s/ Heather Foster
Elizabeth J. Cabraser
Heather A. Foster
Richard M. Heimann

Attorneys for Plaintiff,
JOHN THOMAS VANNOY

All pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986. If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case.

IT IS SO ORDERED,

Dated _____, 2007

BY: _____
Hon. Edward M. Chen

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV- 07-3223 EMC

4307/MAK/286108

4

# GEOFFREY SMITH, PLLC
## ATTORNEYS AT LAW

1350 I Street, Northwest
Suite Nine Hundred
Washington, DC 20005

RECEIVED ...'S OFFICE

2007 JUN 26 A 11: 10

... PANEL ON
...

Katharine S. O'Hara
(202) 789-3457
KatieatGRWSLaw@aol.com

Telephone:   (202) 625-1224
Facsimile:   (202) 333-1637

June 26, 2007

VIA HAND DELIVERY

Michael J. Beck
Clerk of the Panel
The Judicial Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: Tag-Along Case in MDL-986: In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

Dear Mr. Beck:

This firm represents Bayer Corporation in MDL-986. The case of John Thomas Vannoy v. Bayer Corp. et al., has been filed in the United States District Court for the Northern District of California. It is assigned to Judge Chen under the number C-07-3223. Copies of the Summons and Complaint are enclosed.

The Complaint in this case alleges, inter alia, that Mr. Vannoy, a person with hemophilia, was infected with HCV from his use of the defendants' factor concentrates (a medicine used to treat hemophilia). This claim is brought against, inter alia, Bayer Corporation and several of the same fractionator defendants that are defendants in MDL-986. Many of the allegations in this complaint are similar to the ones made in the cases that led the Panel to establish MDL-986, In re "Factor VIII or IX Concentrate Blood Products" Liability Litigation, 853 F. Supp. 454 (J.P.M.L. 1993), and, more recently, to transfer Gullone v. Bayer Corp., and other similar cases to MDL-986.

Michael J. Beck
June 26, 2007
Page 2

      Bayer Corporation believes that transfer of this case to the Northern District of Illinois "will promote the just and efficient conduct" of this action. 28 U.S.C. § 1470(a). Transfer under § 1407 will also avoid the potential for duplicative discovery and inconsistent rulings on certain legal issues raised by this and other factor concentrate cases now pending in the Northern District of Illinois as part of MDL-986.

      For the forgoing reasons, Bayer Corporation believes that this case should be treated as a "tag-along case" in MDL-986 and that a conditional transfer order should be issued. Please advise me as soon as possible if a conditional transfer order will not be issued in this matter; so that defendants can promptly file a motion to have this case transferred to MDL-986.

Sincerely,

Katharine S. O'Hara

KSO/ps
Enclosure(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2007, I caused to be served a true and correct copy of the documents described as STIPULATION TO STAY PROCEEDINGS; ORDER (PROPOSED); and NOTICE OF CONDITIONAL TRANSFER ORDER on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

| SERVICE LIST | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Heather A. Foster, Esq.<br>Richard M. Heimann, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Flr.<br>San Francisco, CA 94111-3399 | Attorneys for Plaintiff |
| Marilyn A. Moberg, Esq.<br>REED SMITH LLP<br>355 South Grand Avenue, 29th Flr.<br>Los Angeles, CA 90071 | Attorneys for Defendant BAXTER HEALTHCARE CORPORATION |
| Catherine M. Valerio Barrad, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street<br>Suite 2000<br>San Francisco, CA 94104-1715 | Attorneys for Defendant ARMOUR PHARMACEUTICAL COMPANY |
| Duncan Barr, Esq.<br>Molly a. Kuehn, Esq.<br>O'CONNOR, COHN, DILLON & BARR<br>2405 16th Street<br>San Francisco, CA 94103 | Attorneys for Defendant BAYER CORPORATION |

_____      _____
      Kathy Szabados                              (Signature)
     (Type or print name)

529324.1  00115/00786