KEVIN STACK, Bar No. 72782
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS VANNOY, a resident of Wilkesboro, North Carolina, | CASE NO.: CV-07-3223 EMC |
| Plaintiff, | **ORDER (PROPOSED)** |
| v. | |
| BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation and ALPHA THERAPEUTIC CORPORATION, a California corporation, | |
| Defendants. | |

IT IS ORDERED THAT pursuant to the stipulation of the parties:

All pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986. If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case.

Dated _____, 2007          BY: _____
                                                        Hon. Edward M. Chen

ORDER (Proposed)                                                                    4307/MAK/286108
CASE NO. CV- 07-3223 EMC

1