KEVIN STACK, Bar No. 72782
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS VANNOY, a resident of Wilkesboro, North Carolina,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>　　　　　　Defendants. | CASE NO.: CV-07-3223 EMC<br><br>**NOTICE OF CONDITIONAL TRANSFER ORDER** |

　　Attached is the Conditional Transfer Order (CTO-100) to the Northern District of Illinois issued by the Judicial Panel on Multidistrict Litigation.

Dated: July 13, 2007　　　　　　　　　　　　　**KNAPP PETERSEN & CLARKE**

　　　　　　　　　　　　　　　　　　BY: _/s/ Kevin Stack_
　　　　　　　　　　　　　　　　　　　　　Kevin J. Stack

　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　ALPHA THERAPEUTIC CORPORATION

4307/MAK/286108

CASE NO. CV- 07-3223 EMC

1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2007

FILED
CLERK'S OFFICE

# THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 986

### IN RE "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

*Jason Thomas Vannoy v. Bayer Corp., et al.,* N.D. California, C.A. No. 3:07-3223

### CONDITIONAL TRANSFER ORDER (CTO-100)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 260 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel