ELIZABETH J. CABRASER (SBN 83151)
RICHARD M. HEIMANN (SBN 063607)
HEATHER A. FOSTER (SBN 184353)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 30TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
**Attorney(s) for:** PLAINTIFFS
Reference: 683750

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS VANNOY,<br>a resident of Wilkesboro North Carolina<br><div align=right>**Plaintiff (s)**</div> | **CASE NUMBER: C 07 3223 EMC** |
| v.<br><br>BAYER CORPORATION, an Indiana corporation,<br>successor to CUTTER BIOLOGICAL, a California<br>Corporation, et al.<br><div align=right>**Defendant (s)**</div> | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents):*
    a.☒ summons        ☒ complaint        ☐ alias summons        ☐ first amended complaint
        in a civil case                                                                                 ☐ second amended complaint
                                                                                                        ☐ third amended complaint

    ☒ other *(specify):* NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK)
    CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A
    MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; IN ADDITION TO THE
    LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS
    ACCOMPLISHED WITH EASE AND ACCURACY; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
    DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE
    EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF
    JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT

2.  Person served:
    a. ☒ Defendant *(name):* BAYER HEALTHCARE CORPORATION
    b. ☒ Other *(specify name and title or relationship to the party/business named):* VIVIAN IMPERIAL, PROCESS SPECIALIST,
    CT CORPORATION, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF ALPHA THERAPEUTIC
    CORPORATION
    c. ☒ Address Where papers were served:  818 W. 7TH STREET, LOS ANGELES, CA 90017

3.  **Manner of service** in compliance with *(the appropriate box **must** be checked):*
    a.    ☒  Federal Rules of Civil Procedure
    b.    ☐  California Code of Civil Procedure

4.  **I served** the person named in item 2:

    a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent,
    guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

        1. ☒ **Papers were served on** *(date):*     **JUNE 22, 2007**        at *(time):*        **9:00AM**

    b. ☐ By **Substituted service.** By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a
        competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

<div align=right>1</div>