| | |
|---|---|
| ELIZABETH J. CABRASER (SBN 83151)<br>RICHARD M. HEIMANN (SBN 063607)<br>HEATHER A. FOSTER (SBN 184353)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 BATTERY STREET, 30TH FLOOR<br>SAN FRANCISCO, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>**Attorney(s) for:** PLAINTIFFS<br>Reference: 683749 | |
|  | **UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| JASON THOMAS VANNOY,<br>a resident of Wilkesboro North Carolina<br>**Plaintiff (s)** | CASE NUMBER: C 07 3223 EMC |
| v.<br>BAYER CORPORATION, an Indiana corporation,<br>successor to CUTTER BIOLOGICAL, a California<br>Corporation, et al.<br>**Defendant (s)** | **PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons       ☒ complaint       ☐ alias summons       ☐ first amended complaint
   in a civil case                                                 ☐ second amended complaint
                                                                   ☐ third amended complaint
   ☒ other *(specify):* NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; IN ADDITION TO THE LOCAL RULES, THE FOLLOWING GUIDELINES HAVE BEEN PROVIDED TO ENSURE THAT THE FILING PROCESS IS ACCOMPLISHED WITH EASE AND ACCURACY; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT

2. Person served:
   a. ☒ Defendant *(name):* BAYER CORPORATION
   b. ☒ Other *(specify name and title or relationship to the party/business named):* BECKY DEGEORGE, PROCESS SPECIALIST, CSC LAWYERS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF BAYER CORPORATION
   c. ☒ Address Where papers were served: *2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95801*

3. **Manner of service** in compliance with *(the appropriate box **must** be checked)*:
   a.   ☒ Federal Rules of Civil Procedure
   b.   ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date):*   *JUNE 22, 2007*       at *(time):*       *11:42AM*

   b. ☐ By **Substituted service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

---

                                                                                                              1
**PROOF OF SERVICE-SUMMONS AND COMPLAINT**
CV-1 (04/01)